United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Latasha Whiting, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-5383 |
| | § | |
| NewRez, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

Pending is a Report and Recommendation by Magistrate Judge Christina Bryan, recommending that Plaintiff's Motion to Appeal *In Forma Pauperis* be granted. Docs. 64, 65.

Parties may object to any portion of a Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district court may accept any part of the report and recommendation to which there is no objection if there is no clear error on the face of the record. See *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983). When a party objects a report and recommendation, the district court reviews the objected portions *de novo*. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (*per curiam*).

Neither party filed objections, and no clear error otherwise appears upon review and consideration of the report, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge, Doc. 65, is adopted as the Memorandum and Order of this Court. Plaintiff may proceed *in forma pauperis* on appeal.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 26th of August, 2026.

Nicholas J. Ganjei
United States District Judge